**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Middle          District of          Florida | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle).<br>Walsh, William, Thomas | Name of Joint Debtor (Spouse) (Last, First, Middle). |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names)<br>Bill | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names). |
| Soc Sec./Tax I.D No.  (if more than one, state all).<br>2619 | Soc Sec./Tax I.D. No.  (if more than one, state all) |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br><br>307 Helena Court<br>Sanford<br>Florida 32773 | Street Address of Joint Debtor (No & Street, City, State & Zip Code) |
| County of Residence or of the<br>Principal Place of Business  Seminole | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |

| Location of Principal Assets of Business Debtor<br>(if different from street address above)<br><br>Not Applicable |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | | |

**Nature of Debts** (Check one box)
☒ Consumer/Non-Business    ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U S C  § 101
- ☐ Debtor is and elects to be considered a small business under 11 U S C  § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☒ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b)  See Official Form No 3

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid  there will be no funds available for distribution to unsecured creditors | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

# 976609
209 mo

(Official Form 1)(12/03)                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>Walsh, William, Thomas | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed  **Not Applicable** | Case Number | Date Filed |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor<br>**Not Applicable** | Case Number | Date Filed |
| District | Relationship | Judge |

# Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>*321- 439 - 1773*<br>Telephone Number (If not represented by attorney)<br><br>*02/04/04*<br>Date | **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐   Exhibit A is attached and made a part of this petition |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter<br><br>X  **Not Applicable** _____<br>Signature of Attorney for Debtor(s)              Date |
| | **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition<br>☒  No |
| **Signature of Attorney**<br><br>X  **Not Applicable**<br>Signature of Attorney for Debtor(s)<br><br>_____<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>_____<br>Address<br><br>_____<br>Telephone Number<br><br>_____<br>Date | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document<br><br>_____**Not Applicable**_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition<br><br>X  **Not Applicable**<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | |
| | A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C  §110, 18 U S C  §156 |

# UNITED STATES BANKRUPTCY COURT

_____ Middle _____ **DISTRICT OF** _____ Florida _____

In re __Walsh, William, Thomas__ , Case No _____
   _Debtor_                              (if available)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or debtor's attorney, if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __1__ sheet(s) is complete, correct and consistent with the debtor's schedule pursuant to local Bankruptcy Rules and ( (we) assume all responsibility for errors and omissions

X __02/26/74__
   Date

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor (if any)

__Not Applicable__
   Signature of Attorney (if any)

Pbch07Matrix-cert

GECCCC/Pep Boys
P O Box 276
Cardholder Operations
Dayton, OH, 454010276

Beneficial National Bank/Best Buy
P O Box 15518
Wilmington, DE, 198505518

FBS Card Service
P O Box 9487
Minneapolis, MN, 554409487

Fairwinds Credit Union
SR 434
Longwood, FL

Retailers National Bank
c/o Target Financial Services
P O Box 59228
, MN, 55459-0228

FORM B6-Cont
(12/03)

# UNITED STATES BANKRUPTCY COURT
## __Middle__ District of __Florida__

In re _Walsh, William, Thomas_____,          Case No. _____
          **Debtor**                                                      **(If known)**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each   Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 8-1 | $ 0 00 | | |
| B - Personal Property | Yes | 9-3 | $ 6,200 00 | | |
| C - Property Claimed as Exempt | Yes | 12-1 | | | |
| D - Creditors Holding Secured Claims | Yes | 13-1 | | $ 10,400 00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 14-2 | | $ 0 00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16-1 | | $ 9,943 00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 17-1 | | | |
| H - Codebtors | Yes | 18-1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 19-1 | | | $ 2,050 00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 20-2 | | | $ 1,990 00 |
| Total Number of Sheets of ALL Schedules ➤ | | 14 | | | |
| Total Assets ➤ | | | $ 6,200 00 | | |
| Total Liabilities ➤ | | | | $ 20,343 00 | |

*In re* Walsh, William, Thomas                                        ,          Case No. _____
                      **Debtor**                                                                                **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "  If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim  See Schedule D  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total▶ | $0 00 | |

(Report also on Summary of Schedules )

FORM B6B
(12/03)

In re  Walsh, William, Thomas_____,          Case No. _____
_____Debtor_____                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | X | | | |
| 2  Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives | X | | | |
| 3  Security deposits with public util-ities, telephone companies, land-lords, and others | X | | | |
| 4  Household goods and furnishings, including audio, video, and computer equipment | X | | | |
| 5  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6  Wearing apparel | X | | | |
| 7  Furs and jewelry | X | | | |
| 8  Firearms and sports, photo-graphic, and other hobby equipment | X | | | |
| 9  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10 Annuities. Itemize and name each issuer | X | | | |

FORM B6B-Cont
(12/03)

In re  Walsh, William, Thomas                                      ,          Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11  Interests in IRA, ERISA, Keogh or other pension or profit sharing plans  Itemize | X | | | |
| 12  Stock and interests in incorpo- rated and unincorporated businesses  Itemize | X | | | |
| 13  Interests in partnerships or joint ventures  Itemize | X | | | |
| 14  Government and corporate bonds and other negotiable and non- negotiable instruments | X | | | |
| 15  Accounts receivable | X | | | |
| 16  Alimony, maintenance, support and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20  Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each | X | | | |
| 21  Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 22  Licenses, franchises, and other general intangibles  Give particulars | X | | | |

FORM B6B-cont
(10 89)

In re  Walsh, William, Thomas _____ ,          Case No _____ _ _
       **Debtor**                                                    **(If known)**

# SCHEDULE B -PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23  Automobiles, trucks, trailers and other vehicles and accessories | | "2000 Ford Ranger Truck" at My home | H | $6,200 00 |
| 24  Boats, motors, and accessories | X | | | |
| 25  Aircraft and accessories | X | | | |
| 26  Office equipment, furnishings, and supplies | X | | | |
| 27  Machinery, fixtures equipment and supplies used in business | X | | | |
| 28  Inventory | X | | | |
| 29  Animals | X | | | |
| 30  Crops - growing or harvested Give particulars | X | | | |
| 31  Farming equipment and implements | X | | | |
| 32  Farm supplies, chemicals, and feed | X | | | |
| 33  Other personal property of any kind not already listed  Itemize | X | | | |

_____ continuation sheets attached          Total▶ | $ 6,200 00 |

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules )

FORM B6C
(12 03)

In re  Walsh, William, Thomas                ,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under
(Check one box)

☐  11 U S C  § 522(b)(1)   Exemptions provided in 11 U S C  § 522(d)   **Note: These exemptions are available only in certain states.**

☐  11 U S C  § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been
located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than
in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from
process under applicable nonbankruptcy law

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |

FORM B6D
(12.03)

In re __Walsh, William, Thomas_____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H, W, J, or C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X"in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 33361XXXX<br><br>Fairwinds Credit Union<br>SR 434<br>Longwood<br>Florida | No | H | March 5, 2003<br><br><br>VALUE $ 6,200 00 | No | No | No | $10,400 00 | $4,200 00 |
| ACCOUNT NO.<br><br><br>VALUE $0 00 | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $0 00 | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $0 00 | | | | | | | | |

_____continuation sheets attached

Subtotal ▶
(Total of this page)                    $  10,400 00

Total ▶
(Use only on last page)              $  10,400 00

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re  __Walsh, William, Thomas_____,          Case No _____
                          Debtor                                                                (if known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS


A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided   Only holders of unsecured claims entitled to priority should be listed in this schedule   In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition

It any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors   If a joint petition  is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent "  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated "  If the claim is disputed, place an "X" in the column labeled "Disputed "  (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet   Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule   Repeat this total also on the Summary of Schedules

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E


## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(3)

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐  **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

Form 116F
12 03)

In re  Walsh, William, Thomas _____ ,          Case No _____
                    Debtor                                        (if known)


☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance  or support, to the extent provided in 11 U S C  § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution   11 U S C  § 507 (a)(9)


* Amounts are subject to adjustment on April 1  2004  and every three years thereafter with respect to cases commenced on or after the date of adjustment


_____ continuation sheets attached

FORM B6F (Official Form of 6F)(12/03)

In re  Walsh, William, Thomas                    ,          Case No _____
                        Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition  Do not include claims listed in Schedules D and F  If all creditors will not fit on this page use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim  place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband  wife  both of them, or the marital community maybe liable on each claim by placing an "H " "W," "J," or "C" in the column labeled "Husband, Wife  Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent "  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated "  If the claim is disputed, place an "X" in the column labeled "Disputed "  (You may need to place an "X" in more than one of these three columns )

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO  169691-110024XXXX<br><br>Beneficial National Bank Best Buy<br>P O Box 15518<br>Wilmington<br>Delaware 198505518 | No | | November 4, 2000 | No | No | No | $1,593 00 |
| ACCOUNT NO  419000103948XXXX<br><br>FBS Card Service<br>P O Box 9487<br>Minneapolis<br>Minnesota 554409487 | No | | August 4, 1996 | No | No | No | $7,543 00 |
| ACCOUNT NO  601918090521XXXX<br><br>GECCCC Pep Boys<br>P O Box 276<br>Cardholder Operations<br>Dayton<br>Ohio 454010276 | No | | April 4, 2000 | No | No | No | $357 00 |
| ACCOUNT NO  9164640231<br><br>Retailers National Bank<br>c o Target Financial Services<br>P O  Box 59228<br>Minnesota 55459-0228 | No | | September 6, 2003 | No | No | No | $450 00 |

continuation sheets attached

Subtotal | $ 9,943 00

Total | $ 9,943 00

(Report also on Summary of Schedules)

B6G
(12/03)

In re Walsh, William, Thomas                    ,          Case No._____
_____
           **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease
Provide the names and complete mailing addresses of all other parties to each lease or contract described

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors

☑ Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H
(12/03)

In re _____ Walsh, William, Thomas _____ ,       Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors  Include all guarantors and co-signers  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

☑ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

FORM B6I
(12/01)

In re <u>Walsh, William, Thomas</u>                        ,        Case No _____
　　　　　　　　Debtor                                                                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status<br>Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE<br>8 | RELATIONSHIP<br>Child |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Pharmacy Technician | |
| Name of Employer | Hospice of The Comforter | |
| How long employed | June 2003 - Present | |
| Address of Employer<br>251 Altamonte Commerce Blvd,<br>Altamonte Springs Florida, 32768 | | |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions<br>(pro rate if not paid monthly ) | | $ 2,800 00 | $ ___ ___ |
| Estimated monthly overtime | | $ ____ | $ ____ |
| **SUBTOTAL** | | $ 2,800 00 | $ ____ |
| LESS PAYROLL DEDUCTIONS | | | |
| a  Payroll taxes and social security | | $ 750 00 | $ ____ |
| b  Insurance | | $ ____ | $ ____ |
| c  Union dues | | $ ____ | $ ____ |
| d  Other (Specify    _____   _____   _____ ) | | $ ____ | $ ____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 750 00 | $ ____ |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 2,050 00 | $ ____ |
| Regular income from operation of business or profession or farm<br>(attach detailed statement) | | $ ____ | $ ____ |
| Income from real property | | $ ____ | $ ____ |
| Interest and dividends | | $ ____ | $ ____ |
| Alimony, maintenance or support payments payable to the debtor for the<br>debtor s use or that of dependents listed above | | $ ____ | $ ____ |
| Social security or other government assistance<br>(Specify    _____   _____   _____ ) | | $ ____ | $ ____ |
| Pension or retirement income | | $ ____ | $ ____ |
| Other monthly income | | $ ____ | $ ____ |
| (Specify    _____   _____   _____   _____ ) | | $ ____ | $ ____ |
| | | $ ____ | $ ____ |
| TOTAL MONTHLY INCOME | | $ 2,050 00 | $ ____ |

TOTAL COMBINED MONTHLY INCOME:     $ _____  __         (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

FORM B6J
(12 03)

In re Walsh, William, Thomas _____ ,          Case No. _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse"

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $700 00 |
| Are real estate taxes included?           Yes _____     No ✓ | |
| Is property insurance included?           Yes _____     No ✓ | |
| Utilities     Electricity and heating fuel | $230 00 |
|     Water and sewer | $50 00 |
|     Telephone | $80 00 |
|     Other __ Child Care | $120 00 |
| Home maintenance (repairs and upkeep) | $ |
|     Food | $200 00 |
| Clothing | $ |
| Laundry and dry cleaning | $25 00 |
| Medical and dental expenses | $25 00 |
| Transportation (not including car payments) | $90 00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | $ |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ |
|     Life | $ |
|     Health | $80 00 |
|     Auto | $150.00 |
|     Other _____ | $ |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ |
| Installment payments  (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $240 00 |
|     Other _____ | $ |
|     Other _____ | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other _____ | $ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $1,990 00 |

Form B6 Cont
(12/03)

In re  Walsh, William, Thomas                    ,                    Case No

        Debtor                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ **15**

sheets, and that they are true and correct to the best of my knowledge, information, and belief.         *(Total shown on summary page plus 1 )*

Date  _____                          Signature _____

                                                                            Debtor

Date                                           Signature

                                                        *(Joint Debtor, if any)*

                                               (If joint case, both spouses must sign )

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Not Applicable    _____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____            _____
Signature of Bankruptcy Petition Preparer       Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _  Not Applicable  _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ sheets, and that they are true and correct to the best of my knowledge, information, and belief.    *(Total shown on summary page plus 1 )*

Date

                                    Signature _____

                                            [Print or type name of individual signing on behalf of debtor ]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

---

*Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U.S.C. §§ 152 and 3571*

Form 7
(12/03)

## FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

_____Middle_____   **DISTRICT OF**   _____Florida_____

In re   __Walsh, William, Thomas_____   Case No _____
       (Name)                             (if known)
             Debtor

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors  Debtors that are or have been in business  as defined below, also must complete Questions 19 - 25  **If the answer to an applicable question is "None," mark the box labeled "None "**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known)  and the number of the question

### DEFINITIONS

*"In business "*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director  managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "*  The term "insider" includes but is not limited to  relatives of the debtor  general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors  and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates  any managing agent of the debtor  11 U S C  § 101

_____  ____  _____

1    **Income from employment or operation of business**

None
☐   State the gross amount of income the debtor has received from employment, trade, or profession  or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the **two years**  immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year )  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2670 00 | Hospice of the Comforter |
| N/A | N/A |
| 24,378 (2002) | Work |
| NONE/DIVORCED | N/A |
| 23,936 (2001) | Work |
| Divorced | N/A |

**2.  Income other than from employment or operation of business**

None☑  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case  Give particulars  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE |
|--------|--------|
|        |        |

---

**3   Payments to creditors**

None☐  a  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include payments by both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME OF CREDITOR | DATE OF PAYMENT | AMOUNT | BALANCE |
|------------------|-----------------|--------|---------|
| Fairwinds Credit Union | January 5, 2004 | $750 00 | $10,000 00 |

---

None☑  b  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-----------------|-------------|--------------------|
|                              |                 |             |                    |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None☑  a  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---------------------------------|----------------------|------------------------------|-----------------------|
|                                 |                      |                              |                       |

3

None ☑   b   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ☑   a   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑   b   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| , | ., | January 3, 2004 |

### 12. Safe deposit boxes

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None


List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse

ADDRESS                           NAME USED                     DATES OF OCCUPANCY

---

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☑

a   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

SITE NAME            NAME AND ADDRESS           DATE OF      ENVIRONMENTAL
AND ADDRESS          OF GOVERNMENTAL UNIT       NOTICE       LAW

---

None
☑

b   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material  Indicate the governmental unit to which the notice was sent and the date of the notice

SITE NAME            NAME AND ADDRESS           DATE OF      ENVIRONMENTAL

AND ADDRESS          OF GOVERNMENTAL UNIT          NOTICE          LAW



None☑          c    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

NAME AND ADDRESS                    DOCKET NUMBER                    STATUS OR
OF GOVERNMENTAL UNIT                                                 DISPOSITION

---

**18 . Nature, location and name of business**

None☑          a    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case
          If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case
          If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

                    TAXPAYER                                                            BEGINNING AND ENDING
NAME                I D NUMBER          ADDRESS          NATURE OF BUSINESS          DATES

---

None☑          b    Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C  § 101

NAME                                        ADDRESS

---

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following  an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case  A debtor who has not been in business within those six years should go directly to the signature page )*

8

**19. Books, records and financial statements**

None☑    a    List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

NAME AND ADDRESS            DATES SERVICES RENDERED

---

None☑    b    List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor

NAME            ADDRESS            DATES SERVICES RENDERED

---

None☑    c    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor  If any of the books of account and records are not available. explain

NAME            ADDRESS

---

None☑    d    List all financial institutions, creditors and other parties. including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor

NAME AND ADDRESS            DATE ISSUED

---

**20. Inventories**

None☑    a    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

---

None☑    b    List the name and address of the person having possession of the records of each of the two inventories reported in a , above

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
☑

a    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

NAME AND ADDRESS                NATURE OF INTEREST    PERCENTAGE OF INTEREST

None
☑

b    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
☑

a    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case

NAME                            ADDRESS               DATE OF WITHDRAWAL

None
☑

b    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case

NAME AND ADDRESS                TITLE                 DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case

| NAME & ADDRESS OF RECIPIENT RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case

NAME OF PARENT CORPORATION      TAXPAYER IDENTIFICATION NUMBER

_____    _____    _____

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER

_____    _____    _____

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

DateX  02/06/04 .                                    SignatureX _____ _ _ _____     _ ___ _ .
                                                      of Debtor

DateX          _    ___  .  .                         SignatureX ___ ____ __ __ ___ _____
                                                      of Joint Debtor
                                                      (if any)

_____ ___ ___ __ __ ___ ____ ____ ____ ____ ____ ___ __ __              .   ___   . __ ___  .  _ __

*[If completed on behalf of a partnership or corporation]*  **Not Applicable**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief

Date _ __ __ ___ __ _ . .                             Signature          _ ____ . _____

                                                      Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

continuation sheets attached

*Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C  § 152 and 3571*

--------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U S C  § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C  § 110  that I prepared this document for compensation  and that I have provided the debtor with a copy of this document

**Not Applicable**
Printed or Typed Name of Bankruptcy Petition Preparer                    _____ _____   Social Security No

                                      ---

Address          .          __ _

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document  attach additional signed sheets conforming to the appropriate Official Form for each person

X
Signature of Bankruptcy Petition Preparer                                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  18 U S C  § 156*

114-1

Form B8 (Official Form 8)
(12/03)

# UNITED STATES BANKRUPTCY COURT

_____ Middle _____ **District of** _____ Florida _____

In re  Walsh, William, Thomas _____ ,          Case No. _____
                    Debtor                                                              (If known)

## INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate
2  I intend to do the following with respect to the property of the estate which secures those consumer debts

    a  _Property to Be Surrendered_

**Description of Property**                                      **Creditor's name**

    b  _Property to Be Retained_                             _[Check any applicable statement ]_

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) |
|---|---|---|---|---|
| 2000 Ford Ranger Truck | Fairwinds Credit Union | | | Yes |

Date X  02/06/04

                                        X
                                        Signature of Debtor

---

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I certify that I am a bankruptcy petition preparer as defined in 11 U S C  § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

Not Applicable
_____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No

_____

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document  attach additional signed sheets conforming to the appropriate Official Form for each person

X_ _____          _____
  Signature of Bankruptcy Petition Preparer                              Date

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C  § 110  18 U S C  § 156_